NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WINDERTING INVESTMENTS, LLC,
a Florida limited liability company,

        Appellant,

v.

Case No. 2D18-2008

DANIEL F. PILKA, individually;
PILKA AND ASSOCIATES, P.A., a
professional organization; GREGORY
FURNELL, individually; DARLENE
BRADEN, individually; and JAMIE
JOHNSTON n/k/a JAMIE TANNER,
individually,

        Appellees.

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Polk
County; Stephen L. Selph, Judge.

Jonathan Stidham and J. Wade Stidham of
Stidham & Stidham, P.A., Bartow, for
Appellant.

Daniel F. Pilka of Pilka & Associates, P.A.,
Brandon, pro se, and for remaining
Appellees.

PER CURIAM.

        Affirmed.

NORTHCUTT, VILLANTI, and BLACK, JJ., Concur.